MICHAEL ZORKIN (Bar No. CA 313308)
mz@thezorkinfirm.com
THE ZORKIN FIRM
6320 Canoga Ave., 15th Floor
Woodland Hills, California 91367
Telephone: 323.493.8075
Fax:          323.872.5251

Attorneys for Defendant
Blue Shield of California Promise Health
Plan[1]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Anderson,<br><br>              Plaintiff,<br><br>        v.<br><br>Blue Shield of California,<br><br>              Defendant. | Case No.  **'26CV1272 AJB JLB**<br><br>Hon.<br><br>**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Filed concurrently with:<br>1.  Civil Case Cover Sheet;<br>2.  Proof of Service.<br><br>Removal Filed: February 27, 2026 |

---

[1] Sued as Blue Shield of California

## NOTICE OF REMOVAL

Blue Shield of California Promise Health Plan ("Blue Shield Promise") removes this action to the United States District Court for the Southern District of California under 28 U.S.C. § 1441 as an action over which this Court has federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claims turn on the construction of federal statutes.

## THIS REMOVAL IS TIMELY

1.     Plaintiff sued Blue Shield Promise in the San Diego County Superior Court, Case No. 25CU054936C on October 8, 2025. (*See* Complaint.)

2.     Plaintiff served the summons and complaint on Blue Shield Promise on January 30, 2026.

3.     This notice is timely because it is filed within 30 days of Plaintiff's service of the Complaint. 28 U.S.C. § 1446(b)(1).

4.     Blue Shield Promise has attached copies of all process, pleadings, or orders served on it as Exhibit A to this Notice of Removal. 28 U.S.C. § 1446(a).

## NATURE OF THE CASE

5.     Plaintiff is a member of a Medi-Cal health plan issued by Blue Shield Promise. Blue Shield Promise serves the Medi-Cal populations across the state, including San Diego County, under its contract with the State of California.

6.     California law requires that all Medi-Cal health plans provide transportation to and from Medi-Cal covered services to all beneficiaries.

7.     Plaintiff alleges that Blue Shield Promise denied his request for transportation to various public places so that he can train with his service dog. Plaintiff contends that this denial amounted to a refusal to provide reasonable accommodations under the Americans with Disabilities Act. (*See*

NOTICE OF REMOVAL

*generally* Complaint.)

## **GROUNDS FOR REMOVAL**

8.     This case is removable under 28 U.S.C. § 1441 based on federal question jurisdiction existing under 28 U.S.C. § 1331.

9.     This case arises under federal law because Plaintiff pleads a cause of action created by federal law—violation of a federal statute.  While the Complaint does not expressly title a cause of action as violation of the ADA, it expressly alleges a refusal to provide an "ADA reasonable accommodation which is required under federal ADA law."  (Compl. ¶ 1, 10.)  The Complaint seeks prospective injunctive relief requiring Blue Shield Promise to change its policy as an ADA accommodation for transportation.

10.     Under the well-pleaded complaint rule, federal jurisdiction exists where a federal claim is presented on the face of the complaint.  *Hansen v. Grp. Health Coop.*, 902 F.3d 1051, 1057 (9th Cir. 2018).  Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1331 and removal is proper under 28 U.S.C. § 1441(a).

* * *

11.     Venue is proper in this Court because it embraces San Diego County—the county in which Plaintiff originally sued.  28 U.S.C. §§ 84(c)(3),1446(a).

12.     Blue Shield will promptly provide written notice of this removal to the San Diego County Superior Court.  28 U.S.C. § 1446(d).

Dated:          February 27, 2026               THE ZORKIN FIRM


                                                By:/s/ Michael Zorkin
                                                _____
                                                Michael Zorkin
                                                Attorneys for Defendant
                                                Blue Shield of California Promise
                                                Health Plan

THE ZORKIN FIRM

# Exhibit A

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS:    330 W. Broadway | |
| MAILING ADDRESS:    330 W. Broadway | |
| CITY AND ZIP CODE:    San Diego, 92101 | |
| BRANCH NAME:    Central | |
| TELEPHONE NUMBER: 619-450-7089 | |

PLAINTIFF(S) / PETITIONER(S):  James Anderson

DEFENDANT(S) / RESPONDENT(S):  Blue Shield of California

ANDERSON VS BLUE SHIELD OF CALIFORNIA

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (CIVIL) | CASE NUMBER: 25CU054936C |
|---|---|

## CASE ASSIGNED FOR ALL PURPOSES TO:

Judge: EVAN P. KIRVIN                         Department: C-69

## COMPLAINT/PETITION FILED: 10/08/2025

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT |
|---|---|---|---|
| Case Management Conference | 04/17/2026 | 10:45 AM | C-69 |

**Case Management Conferences (CMCs) may be conducted virtually or in person.** Anyone wishing to appear remotely should visit the "Appearing for Hearings" page for the most current instructions on how to appear for the applicable case-type/department on the court's website at www.sdcourt.ca.gov.

A Case Management Statement (JC Form #CM-110) must be completed by counsel for all parties and by all self-represented litigants and timely filed with the court at least 15 days prior to the initial CMC. (San Diego Superior Court (SDSC) Local Rules, rule 2.1.9; Cal. Rules of Court, rule 3.725).

All counsel of record and self-represented litigants must appear at the CMC, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of Alternative Dispute Resolution (ADR) options.

It is the duty of each plaintiff (and cross-complainant) to serve a copy of this Notice of Case Assignment and Case Management Conference (SDSC Form #CIV-721) with the complaint (and cross-complaint), the Alternative Dispute Resolution (ADR) Information Form (SDSC Form # CIV-730), a Stipulation to Use Alternative Dispute Resolution (ADR) (SDSC Form # CIV-359), and other documents on all parties to the action as set out in SDSC Local Rules, rule 2.1.5.

**TIME FOR SERVICE AND RESPONSE:.** The following rules apply to civil cases except for collections cases under California Rules of Court, rule 3.740(a), unlawful detainer actions, proceedings under the Family Code, and other proceedings for which different service requirements are prescribed by law (Cal. Rules of Court, rule 3.110; SDSC Local Rules, rule 2.1.5):
  • **Service:** The complaint must be served on all named defendants, and proof of service filed with the court within 60 days after filing the complaint. An amended complaint adding a defendant must be served on the added defendant and proof of service filed within 30 days after filing of the amended complaint. A cross-complaint against a party who has appeared in the action must be accompanied by proof of service on that party at the time it is filed. If it adds a new party, the cross-complaint must be served on all parties and proof of service on the new party must be filed within 30 days of the filing of the cross-complaint.
  • **Defendant's appearance:** Unless a special appearance is made, each defendant served must generally appear (as defined in Code of Civ. Proc. § 1014) within 30 days of service of the complaint/cross-complaint.
  • **Extensions:** The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint (SDSC Local Rules, rule 2.1.6). If a party fails to serve and file pleadings as required under this rule, and has not obtained an order extending time to serve its pleadings, the court may issue an order to show cause why sanctions shall not be imposed.

**JURY FEES:** In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

**COURT REPORTERS:** Official Court Reporters are not normally available in civil matters, but may be requested in certain situations no later than 10 days before the hearing date. See SDSC Local Rules, rule 1.2.3 and Policy Regarding Normal Availability and Unavailability of Official Court Reporters (SDSC Form #ADM-317) for further information.

**ALTERNATIVE DISPUTE RESOLUTION (ADR):** The court discourages any unnecessary delay in civil actions; therefore, continuances are discouraged and timely resolution of all actions, including submitting to any form of ADR is encouraged. The court encourages and expects the parties to consider using ADR options prior to the CMC. The use of ADR will be discussed at the CMC. Prior to the CMC, parties stipulating to the ADR process may file the Stipulation to Use Alternative Dispute Resolution (SDSC Form #CIV-359).

## NOTICE OF E-FILING REQUIREMENTS
## AND IMAGED DOCUMENTS

Effective April 15, 2021, e-filing is required for attorneys in represented cases in all limited and unlimited civil cases, pursuant to the San Diego Superior Court General Order: In Re Procedures Regarding Electronically Imaged Court Records, Electronic Filing and Access to Electronic Court Records in Civil and Probate Cases. Additionally, you are encouraged to review CIV-409 for a listing of documents that are not eligible for e-filing. E-filing is also encouraged, but not mandated, for self-represented litigants, unless otherwise ordered by the court. All e-filers are required to comply with the e-filing requirements set forth in Electronic Filing Requirements (Civil) (SDSC Form #CIV-409) and Cal. Rules of Court, rules 2.250-2.261.

All Civil cases are assigned to departments that are part of the court's "Imaging Program." This means that original documents filed with the court will be imaged, held for 30 days, and then destroyed, with the exception of those original documents the court is statutorily required to maintain. The electronic copy of the filed document(s) will be the official court record, pursuant to Government Code § 68150.  Thus, original documents should not be attached to pleadings filed with the San Diego Superior Court, unless it is a document which the law requires an original be filed. Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant, or petitioner to serve a copy of this Notice of Case Assignment and Case Management Conference (Civil) (SDSC Form #CIV-721) with the complaint, cross-complaint, or petition on all parties to the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words "IMAGED FILE" in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and may be found on the court's website at www.sdcourt.ca.gov.

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | | FOR COURT USE ONLY |
|---|---|---|
| NAME: James Anderson     STATE BAR NUMBER: | | |

FIRM NAME:
STREET ADDRESS: 5619 Amaya Dr Apt 255
CITY: La Mesa        STATE: CA      ZIP CODE: 91942
TELEPHONE NO.: (619) 277-9163    FAX NO.:
EMAIL ADDRESS: ceo@jamescpf.org
ATTORNEY FOR (name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 1100 Union St
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego 91947 92304/R
BRANCH NAME:

F I L E D
Clerk of the Superior Court

OCT 0 8 2025

By: _____, Deputy

PLAINTIFF: James Anderson

DEFENDANT: Blue Shield of California

☐ DOES 1 TO _____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED (Number):**
Type (check all that apply):
☐ MOTOR VEHICLE    ☒ OTHER (specify): Disability Benefits Discrimination
☐ Property Damage    ☐ Wrongful Death
☐ Personal Injury    ☒ Other Damages (specify): Mental Anguish

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
☐ Amount demanded    ☐ does not exceed $10,000
☐ exceeds $10,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:

**25CU054936C**

1. **Plaintiff** (name or names): James Anderson

   alleges causes of action against **defendant** (name or names):
   (Blue Shield of California) is refusing to provide a ADA resonable accommodation for transportation based upon insurance policy

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult

   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) ☐ other (specify):
      (5) ☐ other (specify):

   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) ☐ other (specify):
      (5) ☐ other (specify):

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE:<br>James Anderson | CASE NUMBER:<br>**25CU054936C** |
| --- | --- |

4. [X] Plaintiff *(name):* James Anderson
    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. [X] except defendant *(name):* Blue Shield of California
    (1) [ ] a business organization, form unknown.
    (2) [ ] a corporation.
    (3) [ ] an unincorporated entity *(describe):*

    (4) [ ] a public entity *(describe):*

    (5) [X] other *(specify):*
    Medical Insurance

  c. [ ] except defendant *(name):*
    (1) [ ] a business organization, form unknown.
    (2) [ ] a corporation.
    (3) [ ] an unincorporated entity *(describe):*

    (4) [ ] a public entity *(describe):*

    (5) [ ] other *(specify):*

  b. [ ] except defendant *(name):*
    (1) [ ] a business organization, form unknown.
    (2) [ ] a corporation.
    (3) [ ] an unincorporated entity *(describe):*

    (4) [ ] a public entity *(describe):*

    (5) [ ] other *(specify):*

  d. [ ] except defendant *(name):*
    (1) [ ] a business organization, form unknown.
    (2) [ ] a corporation.
    (3) [ ] an unincorporated entity *(describe):*

    (4) [ ] a public entity *(describe):*

    (5) [ ] other *(specify):*

  [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. [ ] Doe defendants *(specify Doe numbers):*    were the agents or employees of other
    named defendants and acted within the scope of that agency or employment.
  b. [ ] Doe defendants *(specify Doe numbers):*    are persons whose capacities are unknown to
    plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
  a. [ ] at least one defendant now resides in its jurisdictional area.
  b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
  d. [ ] other *(specify):*

9. [X] Plaintiff is required to comply with a claims statute, and
  a. [X] has complied with applicable claims statutes, or
  b. [ ] is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE:<br>James Anderson | CASE NUMBER:<br>**25CU054936C** |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

  a. ☐ Motor Vehicle

  b. ☒ General Negligence

  c. ☐ Intentional Tort

  d. ☐ Products Liability

  e. ☐ Premises Liability

  f. ☒ Other *(specify):*
    Refusal to make proper ADA legal reasonable accommodation which is required under Federal ADA Law of clients transportation needs due to medical policy in order for client to have proper access in order for training with his medical device (service animal).

11. Plaintiff has suffered *(check all that apply)*

  a. ☐ wage loss.

  b. ☒ loss of use of property.

  c. ☐ hospital and medical expenses.

  d. ☐ general damage.

  e. ☐ property damage.

  f. ☐ loss of earning capacity.

  g. ☒ other damage *(specify):*
    Pain and suffering, mental anguish, Independence.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

  a. ☐ listed in Attachment 12.

  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
A judgement requiring Blue Shield of California to alter its medical policy as a ADA reasonable accommodation for medical transportation in order for client to work with his medical device.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

  a. (1) ☐ compensatory damages.

    (2) ☒ punitive damages.

  b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

    (1) ☐ according to proof.

    (2) ☒ in the amount of: $ 25,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 10/8/2025

James Anderson
       (TYPE OR PRINT NAME)

▶ _____
     (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Blue Shield of California

F I L E D
Clerk of the Superior Court

OCT 0 8 2025

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
James Anderson (~~Blue Shield of California ID-AJC~~)

By: _____, Deputy

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* San Diego Superior Court | CASE NUMBER<br>*(Número del Caso):* **25CU054936C** |

~~1100 Union St, San Diego, CA 92101~~   330 WEST BROADWAY
SAN DIEGO, CA 92101

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James Anderson 5619 Amaya Dr Apt 255 La Mesa CA 91942

| DATE:<br>*(Fecha)* | OCT 1 5 2025 | Clerk, by<br>*(Secretario)* | L KSIOTaa | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courts.ca.gov |

25CU054936C

# EXHIBIT 1-5



**JAMES CEREBRAL PALSY FOUNDATION**

**25CU054936C**

📞 619-663-7194

🔗 https://jamescpf.org

✉ info@jamescpf.org

$Exhibit 1$
7/28/2025

From: James Anderson
7025 Waite Dr
Apt 10A
La Mesa CA 91941

To: Call the Car
2589 E Washington Blvd,
Pasadena, California, 91107

Subject: Scheduling Transportation Issue

Greetings Mr. Tomongin and Dr. Tyson,

My name is James Anderson, and I am a blue shield promise member with member number AJC910078769. I am hoping by this email that you will be able to assist me in resolving and reaching a resolution. I am in the process of obtaining a service dog which under the ADA law is considered a tool to help the handler manage their disability. With trained service dogs and believe me as a disability advocate with his own advocacy nonprofit I don't like the abuse to say the least I despise it.

I have requested through the transportation customer service that I be able to schedule a ride to different places in the community such as Walmart, Albertsons ETC. to train with my service dog and the trainer and customer service continues to deny the request saying they will only transport to medical appointments at medical facilities. Within normal procedures I could understand that point. Normal procedures don't apply to this situation as my medical appointments are community based.

In my understanding of the law what customer service is doing by denying the ride even though it's not a doctor's office is a form of discrimination and in this instance, it would be disability discrimination. The reason I say this is because you will transport someone to a medical office to get trained on how to use a scooter or a prosthetic, but you won't transport someone to a community location to get trained with their medical device and in my case that would be my I am hoping by my email that you can have an executive in your office or yourself reach out to me via phone to resolve this issue. You can reach me at 619-277-9163.



Yours Truly

James Anderson
Founder and CEO
James Cerebral Palsy Foundation
Local: 619-663-7194
Toll Free: 888-993-6927
Direct: 619-323-1782
Cell: 619-277-9163
Fax: 619-663-3079
ceo@jamescpf.org
https://jamescpf.org



**25CU054936C**

*Exhibit 2*

# SHARP

September 3, 2024

Patient:     **James M Anderson**
Date of Birth: **8/17/1982**
Date of Visit: **9/3/2024**

To Whom It May Concern:
James Anderson is currently under my professional care for treatment for a physical condition- Epilepsy.  His illness substantially limits one or more major life activities. I have prescribed a service animal as part of the treatment program developed for him. The presence of this service  animal is necessary for the stability of the patient's mobility- I.e bending down.

I am licensed by the state of CA Board of Nursing.  My license number is  NP95006939.

Please allow James Anderson to be accompanied by his service animal at all times whether be at work, at home and/or during any travels.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Chelsea Provenzano, NP

CC: No Recipients

Neurological
And Pain Institute Inc.

Amirhassan Bahreman M.D.

Diplomate American Board of Clinical Neurophysiology
Diplomate American Board of Vascular Neurology
Diplomate American Board of Neurology

**25CU054936C**

$\xi x_1 h_1 b_1 t 3$

October 24, 2024

James M Anderson

DOB: 08/17/1982

As part of your ongoing care for managing seizures, we recommend that you pursue qualification for a service dog. Based on your medical history and current treatment plan, we believe a service dog could significantly enhance your safety and quality of life by providing critical support during seizure episodes.

We are prepared to provide the necessary documentation to support your qualification for a service dog, outlining how this assistance would be beneficial in your daily life.

Feel free to reach out if you have any questions or need further assistance.

Sincerely,
Amirhassan Bahreman, MD

Neurology

Exhibit 4

To whom it may concern.

**25CU054936C**

My name is Wyatt A. Ray. I am a Certified Personal Trainer through the National Academy of Sports Medicine and have been training James Anderson for approximately one year. While James has made significant improvements in his strength, stamina and balance I have noticed James having an asymmetrical shift, total body balance as well as muscle imbalance which are hinderances beyond his control. The use of an outside device such as a service animal would assist James in his everyday activities. This is an opinion and in no way a medical observation or prescription for service.

Wyatt A. Ray



*Exhibits*

**25CU054936C**

2909 San Luis Rey Rd, Oceanside, CA 92058 - www.specialtydogtraining.com

To Whom It May Concern,

Our client, James Anderson, is currently enrolled in a service dog training program prescribed and recommended by a licensed medical professional. Upon completion of the program, Mr. Anderson will receive a fully trained service dog, along with comprehensive instruction to ensure he can effectively handle and work with his dog.

As part of the required handler training, Mr. Anderson must participate in real-world training sessions at various public and private locations. These sessions are essential to developing the skills needed for him and his service dog to work safely, effectively, and confidently in everyday environments.

If you have any questions or require additional information, please do not hesitate to contact us.

Thank you for your time and understanding.

Specialty Dog Training

information@specialtydogtraining.com

855-287-8659



James Anderson
5619 Amaya Dr APT 255
LA Mesa CA 91942

FP® US POSTAGE
$011.33⁹
First-Class · Mtg
ZIP 92040
01/27/2026
0348 0081821876

9589 0710 5270 1990 4640 46

CERTIFIED MAIL

9589 0710 5270 1990 4640 46

U.S. POSTAGE PAID
FCM LG ENV
EL CAJON, CA 92020
JAN 27, 2026

$0.54
S2324M504938-36

95814
RDC 99

Retail

Congency Global Inc
For Blue Shield of California
1325 J St STE 1550
Sacramento CA 95814

Attn: Service of Process